United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 16-12574-mdc
Janice A. Connors                                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: ChrissyW            Page 1 of 1              Date Rcvd: Dec 01, 2016
                             Form ID: pdf900           Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2016.
```
db             +Janice A. Connors,    101 Madison Way,    Downingtown, PA 19335-5340
13716078       +Citizens Bank,    443 Jefferson Blvd., RJW-135,    Attn: Bankruptcy Dept.,
                 Warwick, RI 02886-1321
13716079       +Francis Connors,    101 Madison Way,    Downingtown, PA 19335-5340
13716080       +MTGLQ Investors, LP,    c/o Goldsman Sachs Group Inc.,    6011 Connection Dr., 5th Floor,
                 Irving, TX 75039-2607
13786814       +MTGLQ Investors, LP,    c/o Rushmore Loan Management Services,    P.O. Box 55004,
                 Irvine, CA 92619-5004
13716081       +Ron L. Woodman, Esquire,    Friedman Schuman, PC,    101 Greenwood Ave., Fifth Floor,
                 Jenkintown, PA 19046-2627
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Dec 02 2016 02:18:57     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 02 2016 02:18:21
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 02 2016 02:18:55     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13786634        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 02 2016 02:21:08
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13779239       +E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 02 2016 02:18:46     Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
                                                                                              TOTAL: 5
```

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2016 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor   MTGLQ Investors, LP agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   MTGLQ Investors, LP bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MARK A. CRONIN    on behalf of Debtor Janice A. Connors PhilaLaw@aol.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 5
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JANICE A. CONNORS                                Chapter 13

                        Debtor                   Bankruptcy No. 16-12574-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this ___1st___ day of ___December___, 2016, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.


_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MARK A. CRONIN ESQ
26 S. CHURCH ST.

WEST CHESTER, PA 19382-


Debtor:
JANICE A. CONNORS

101 MADISON WAY

DOWNINGTOWN, PA 19335-